JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:          541-593-4452
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA LILLY, <br><br> Plaintiff <br><br> v. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br><br> Defendant | Case No.  2:24-CV-01504-AC <br><br> **STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 60 Days to October 22, 2024, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to Plaintiff's counsel's full briefing schedule.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: August 22, 2024                JACQUELINE A. FORSLUND
                                     Attorney at Law


                                     /s/Jacqueline A. Forslund
                                     JACQUELINE A. FORSLUND

                                     Attorney for Plaintiff


Date: August 22, 2024                PHILLIP A. TALBERT
                                     United States Attorney
                                     MATHEW W. PILE
                                     Associate General Counsel
                                     Office of Program Litigation, Office 7

                                     /s/ L. Jamala Edwards
                                     L. JAMALA EDWARDS
                                     Special Assistant United States Attorney
                                     *By email authorization

                                     Attorney for Defendant


                                     ORDER

APPROVED AND SO ORDERED



DATED: August 22, 2024               _____
                                     ALLISON CLAIRE
                                     UNITED STATES MAGISTRATE JUDGE


**Lilly v. O'Malley**          Stipulation and Proposed Order          E.D. Cal. 2:24-cv-01504-AC