```
JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:          541-593-4452
Email:        jaf@forslundlaw.com
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA LILLY, | Case No.  2:24-CV-01504-AC |
| Plaintiff | **STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant | |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to November 21, 2024, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested due to an emergency in Plaintiff's counsel's family.

**Lilly v. O'Malley**          Stipulation and Proposed Order          E.D. Cal. 2:24-cv-01504-AC

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                                  Respectfully submitted,

Date: October 21, 2024　　　　　　　JACQUELINE A. FORSLUND
　　　　　　　　　　　　　　　　　Attorney at Law


　　　　　　　　　　　　　　　　　*/s/Jacqueline A. Forslund*
　　　　　　　　　　　　　　　　　JACQUELINE A. FORSLUND

　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Date: October 21, 2024　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　MATHEW W. PILE
　　　　　　　　　　　　　　　　　Associate General Counsel
　　　　　　　　　　　　　　　　　Office of Program Litigation, Office 7

　　　　　　　　　　　　　　　　　*/s/ L. Jamala Edwards*
　　　　　　　　　　　　　　　　　L. JAMALA EDWARDS
　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　*By email authorization

　　　　　　　　　　　　　　　　　Attorney for Defendant


　　　　　　　　　　　　　　　　ORDER

APPROVED AND SO ORDERED


DATED:  October 22, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


**Lilly v. O'Malley**　　　　　　　Stipulation and Proposed Order　　　　　　　E.D. Cal. 2:24-cv-01504-AC