UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA LILLY,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  2:24-cv-1504 AC<br><br>ORDER |

    Plaintiff is proceeding in this Social Security action with counsel, and the parties have consented to Magistrate Judge jurisdiction.  ECF No. 14.  The administrative record in this case was filed on July 24, 2024.  ECF No. 8.  The court granted the parties' second stipulation to extend plaintiff's deadline to file an opening brief to November 21, 2024.  The motion was not timely filed.

    Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, No later than December 27, 2024, why her failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute.  Filing a motion for summary judgment or stipulation for an extension of time within this timeframe will discharge this order.

////

1

1 | DATED: November 26, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE