MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Office of General Counsel
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA M. LILLY,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:24-cv-01504-AC<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended two (2) days from February 3, 2025 to February 5, 2025. This is Defendant's second request for an extension. Counsel for Plaintiff has no objection to Defendant's request for an extension.

    Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response. Counsel recently has been out of the office and limited in productivity providing care

Stipulated Motion for Extension of Time

1  for his son who has been sick at home and unable to otherwise be cared for by another party.
2  Counsel will also be out of the office on Monday, February 3, 2025. Given this situation and
3  competing workload requirements an extension until February 5, 2025 will provide the
4  opportunity for the undersigned Counsel for Defendant to prioritize completing the response to
5  Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and
6  Plaintiff's counsel for any inconvenience caused by this request and delay. All other dates in the
7  Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

DATE: January 31, 2025   By:   *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

DATE: January 31, 2025   By:   *s/ Jacqueline A. Forslund* *
JACQUELINE A. FORSLUND
Forslund Law LLC
(*as authorized by email)
Attorney for Plaintiff

<u>ORDER</u>

    Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 5, 2025, to respond to Plaintiff's Motion for Summary Judgment.

DATED: February 3, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE