FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:              541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA LILLY, ) | Case No.  2:24-CV-01504-AC |
| ) | |
|     Plaintiff ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| ) | **ORDER FOR AWARD OF ATTORNEY'S** |
| v. ) | **FEES UNDER THE EQUAL ACCESS TO** |
| ) | **JUSTICE ACT (EAJA)** |
| FRANK BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | |
|     Defendant ) | |
| ) | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of TEN THOUSAND FIVE HUNDRED dollars and ZERO cents ($10,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

    After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

    If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v. Ratliff, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

**Lilly v. Bisignano**        Stipulation and Proposed Order        E.D. Cal. 2:24-cv-01504-AC

The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date: December 23, 2025         JACQUELINE A. FORSLUND
                                Attorney at Law


                                /s/Jacqueline A. Forslund
                                JACQUELINE A. FORSLUND
                                Attorney for Plaintiff

Date: December 23, 2025         KIMBERLY A. SANCHEZ
                                Acting United States Attorney
                                MATHEW W. PILE
                                Head of Program Litigation 1
                                Social Security Administration | Law & Policy


                                /s/Oscar Gonzalez De Llano
                                OSCAR GONZALEZ DE LLANO
                                Special Assistant United States Attorney
                                *By email authorization
                                Attorney for Defendant


ORDER

APPROVED AND SO ORDERED

Dated: December 29, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Lilly v. Bisignano**          Stipulation and Proposed Order          E.D. Cal. 2:24-cv-01504-AC